# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

SANDRA MARIULU SANDOVAL-MALDONADO,

      Debtor.

Case No. 08-12512-RGM
(Chapter 7)

## MEMORANDUM OPINION AND ORDER

THIS CASE is before the court on the debtor's motion to reopen the case so that a discharge order may be entered. The case was closed without a discharge order being entered because the debtor did not file a certificate of completion of the personal financial management course timely. The motion states that the certificate was not timely filed due to counsel's error. A case will not be reopened unless there is excusable neglect. The motion does not state sufficient grounds to show that counsel's error arose through excusable neglect. It is, therefore

ORDERED that the motion be and is hereby denied.

DONE at Alexandria, Virginia, this 15th day of September, 2008.

    /s/ Robert G. Mayer
    Robert G. Mayer
    United States Bankruptcy Judge

Copy electronically to:

Mumtax A. Wani
H. Jason Gold

14587